# Exhibit A

*Bankruptcy Case: 19-11842-LSS Avenue Stores., et al.*
*Transfer Date Range: 05-18-2019 through 08-15-2019*

**TRANSFEROR DEBTOR-AVENUE STORES, LLC**
*Vendor:*

KUPERHAND INC
1407 BROADWAY #161
NEW YORK NY 10018

| Payment # | Payment Date | Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| 684417 | 05/15/2019 | 05/21/2019 | $ 9,482.56 | 034895-2019 | 04/29/2019 | -$ 570.24 |
| 684417 | 05/15/2019 | 05/21/2019 | 9,482.56 | 034906-2019 | 04/29/2019 | - 564.30 |
| 684417 | 05/15/2019 | 05/21/2019 | 9,482.56 | 034943-2019 | 05/06/2019 | - 141.40 |
| 684417 | 05/15/2019 | 05/21/2019 | 9,482.56 | 034990-2019 | 05/13/2019 | - 1,143.56 |
| 684417 | 05/15/2019 | 05/21/2019 | 9,482.56 | 035001-2019 | 05/13/2019 | - 686.62 |
| 684417 | 05/15/2019 | 05/21/2019 | 9,482.56 | 12472-2019 | 04/19/2019 | - 278.75 |
| 684417 | 05/15/2019 | 05/21/2019 | 9,482.56 | 12477-2019 | 04/19/2019 | - 173.50 |
| 684417 | 05/15/2019 | 05/21/2019 | 9,482.56 | 12500-2019 | 04/25/2019 | - 59.00 |
| 684417 | 05/15/2019 | 05/21/2019 | 9,482.56 | 12502-2019 | 04/26/2019 | - 243.00 |
| 684417 | 05/15/2019 | 05/21/2019 | 9,482.56 | 204480-2019 | 03/08/2019 | 6,637.71 |
| 684417 | 05/15/2019 | 05/21/2019 | 9,482.56 | 204487-2019 | 03/13/2019 | 6,896.32 |
| 684417 | 05/15/2019 | 05/21/2019 | 9,482.56 | 946-71837-2019 | 05/02/2019 | - 156.25 |
| 684417 | 05/15/2019 | 05/21/2019 | 9,482.56 | PT0023146-2019 | 04/25/2019 | - 34.85 |
| 685121 | 05/29/2019 | 06/04/2019 | 4,119.40 | 035044-2019 | 05/27/2019 | - 501.78 |
| 685121 | 05/29/2019 | 06/04/2019 | 4,119.40 | 12532-2019 | 05/01/2019 | - 675.00 |
| 685121 | 05/29/2019 | 06/04/2019 | 4,119.40 | 12533-2019 | 05/01/2019 | - 490.00 |
| 685121 | 05/29/2019 | 06/04/2019 | 4,119.40 | 12541-2019 | 05/01/2019 | - 304.75 |
| 685121 | 05/29/2019 | 06/04/2019 | 4,119.40 | 204588-2019 | 03/28/2019 | 6,102.68 |
| 685121 | 05/29/2019 | 06/04/2019 | 4,119.40 | 950-71837-2019 | 05/16/2019 | - 11.75 |
| 685641 | 06/12/2019 | 06/18/2019 | 70,514.59 | 035110-2019 | 06/03/2019 | - 745.80 |
| 685641 | 06/12/2019 | 06/18/2019 | 70,514.59 | 12666-2019 | 06/03/2019 | - 212.50 |
| 685641 | 06/12/2019 | 06/18/2019 | 70,514.59 | 204654-2019 | 04/12/2019 | 13,092.22 |
| 685641 | 06/12/2019 | 06/18/2019 | 70,514.59 | 204655-2019 | 04/12/2019 | 7,315.62 |
| 685641 | 06/12/2019 | 06/18/2019 | 70,514.59 | 204656-2019 | 04/12/2019 | 14,799.91 |
| 685641 | 06/12/2019 | 06/18/2019 | 70,514.59 | 204657-2019 | 04/12/2019 | 7,766.80 |
| 685641 | 06/12/2019 | 06/18/2019 | 70,514.59 | 204658-2019 | 04/12/2019 | 5,554.53 |
| 685641 | 06/12/2019 | 06/18/2019 | 70,514.59 | 204659-2019 | 04/12/2019 | 16,870.68 |
| 685641 | 06/12/2019 | 06/18/2019 | 70,514.59 | 204705-2019 | 04/12/2019 | 6,102.68 |
| 685641 | 06/12/2019 | 06/18/2019 | 70,514.59 | 952-71837-2019 | 05/30/2019 | - 12.00 |
| 685641 | 06/12/2019 | 06/18/2019 | 70,514.59 | PT0023408-2019 | 05/30/2019 | - 9.84 |

|    | A      | B          | C          | D          | E              | F          | G         |
|----|--------|------------|------------|------------|----------------|------------|-----------|
| 42 | 685641 | 06/12/2019 | 06/18/2019 | 70,514.59  | PT0023453-2019 | 05/30/2019 | - 7.71    |
| 43 | 686010 | 06/19/2019 | 06/25/2019 | 145,609.80 | 204640-2019    | 04/19/2019 | 2,811.00  |
| 44 | 686010 | 06/19/2019 | 06/25/2019 | 145,609.80 | 204641-2019    | 04/19/2019 | 6,296.64  |
| 45 | 686010 | 06/19/2019 | 06/25/2019 | 145,609.80 | 204642-2019    | 04/19/2019 | 2,211.32  |
| 46 | 686010 | 06/19/2019 | 06/25/2019 | 145,609.80 | 204691-2019    | 04/26/2019 | 5,950.24  |
| 47 | 686010 | 06/19/2019 | 06/25/2019 | 145,609.80 | 204692-2019    | 04/26/2019 | 14,092.48 |
| 48 | 686010 | 06/19/2019 | 06/25/2019 | 145,609.80 | 204693-2019    | 04/26/2019 | 13,420.89 |
| 49 | 686010 | 06/19/2019 | 06/25/2019 | 145,609.80 | 204694-2019    | 04/26/2019 | 40,031.45 |
| 50 | 686010 | 06/19/2019 | 06/25/2019 | 145,609.80 | 204695-2019    | 04/26/2019 | 8,573.55  |
| 51 | 686010 | 06/19/2019 | 06/25/2019 | 145,609.80 | 204696-2019    | 04/26/2019 | 3,900.97  |
| 52 | 686010 | 06/19/2019 | 06/25/2019 | 145,609.80 | 204697-2019    | 04/26/2019 | 13,003.21 |
| 53 | 686010 | 06/19/2019 | 06/25/2019 | 145,609.80 | 204698-2019    | 04/26/2019 | 12,181.00 |
| 54 | 686010 | 06/19/2019 | 06/25/2019 | 145,609.80 | 204699-2019    | 04/26/2019 | 4,031.91  |
| 55 | 686010 | 06/19/2019 | 06/25/2019 | 145,609.80 | 204700-2019    | 04/26/2019 | 12,120.09 |
| 56 | 686010 | 06/19/2019 | 06/25/2019 | 145,609.80 | 204701-2019    | 04/26/2019 | 6,985.05  |
| 57 | 686400 | 07/09/2019 | 07/11/2019 | 40,783.47  | 204702-2019    | 04/30/2019 | 26,424.29 |
| 58 | 686400 | 07/09/2019 | 07/11/2019 | 40,783.47  | 204703-2019    | 04/30/2019 | 7,340.08  |
| 59 | 686400 | 07/09/2019 | 07/11/2019 | 40,783.47  | 204704-2019    | 04/30/2019 | 8,851.28  |
| 60 | 686400 | 07/09/2019 | 07/11/2019 | 40,783.47  | 901195         | 07/09/2019 | - 1,800.00 |
| 61 | 686400 | 07/09/2019 | 07/11/2019 | 40,783.47  | PT0023571-2019 | 06/20/2019 | - 7.24    |
| 62 | 686400 | 07/09/2019 | 07/11/2019 | 40,783.47  | PT0023643-2019 | 06/27/2019 | - 24.94   |
| 63 | TOTAL  |            |            | $ 270,509.82 |              27 |            |           |